Filed May 29, 1894.

———————◆———————

No. 16,993.

THE BALTIMORE AND OHIO AND CHICAGO RAILROAD COMPANY *v.* SAWVEL, TREASURER, ET AL.

From the Porter Circuit Court.

*J. H. Collins, W. H. Dowdell* and *A. C. Harris,* for appellant.
*A. G. Smith,* Attorney-General, *W. Ransburg* and *A. L. Jones,* for appellees.

HACKNEY, C. J.—The appellant sued the appellees Reuben Sawvel, treasurer of DeKalb county; Joseph M. Shew, treasurer of Noble county; John M. Runyan, treasurer of Kosciusko county; Franklin G. Romaine, treasurer of Elkhart county; George H. Storer, treas-

The Evansville and Indianapolis R. R. Co. *v.* West, Treasurer, *et al.*

urer of St. Joseph county; Arthur D. Senour, as treasurer of Marshall county; Allen W. Reynolds, treasurer of Porter county; S. S. Bosserman, treasurer of LaPorte county, and Thomas McCay, treasurer of Lake county. The lower court sustained a demurrer to the complaint, and that ruling presents the only error assigned. All the questions here presented were fully considered and decided in *Cleveland, etc., R. W. Co.* v. *Backus, Treas.*, 133 Ind. 513; *Indianapolis, etc., R. W. Co.* v. *Backus, Treas.*, 133 Ind. 609; *Pittsburgh, etc., R. W. Co.* v. *Backus, Treas.*, 133 Ind. 625, and confirmed by the Supreme Court of the United States May —, 1894. The questions so decided involved the powers, duties and procedure before the State Board of Tax Commissioners and the constitutionality of the tax law of March 6, 1891, Acts 1891, p. 199; R. S. 1894, section 8408 *et seq.*

Upon the authority of the cases cited, the judgment of the circuit court is affirmed, and the restraining order, heretofore issued by this court herein, is dissolved.

Filed June 20, 1894.